FILED
SEP 21 2006
Sep 21 2006
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TYRONNE PLUMMER )
)
Plaintiff, )
)
v. )
)
P.O. DAVID HILL #6365 and P.O. )
EDWARD MOSER #16090, individually, )
)
Defendants. )

06CV5127
JUDGE NORGLE
MAG.JUDGE BROWN

Jury Demand

## COMPLAINT FOR FALSE ARREST

NOW COMES the Plaintiff, TYRONNE PLUMMER, by and through his attorneys, GREGORY E. KULIS AND ASSOCIATES, complaining against the Defendants, P.O. DAVID HILL #6365 and P.O. EDWARD MOSER #16090, individually as follows:

1) This action is brought pursuant to the Laws of the United States Constitution, specifically, 42 U.S.C. §1983 and §1988, and the laws of the State of Illinois, to redress deprivations of the Civil Rights of the Plaintiff, and accomplished by acts and/or omissions of the Defendants committed under color of law.

2) Jurisdiction is based on Title 28 U.S.C. §1343 and §1331.

3) The Plaintiff, TYRONNE PLUMMER, was a United States citizen and permanent resident of the State of Illinois.

4) The Defendants, P.O. DAVID HILL and P.O. EDWARD MOSER, were at all relevant times duly appointed police officers of the City of Chicago and at all relevant times were acting within their scope of employment and under color of law.

5) On July 29, 2005, the Plaintiff was walking in the vicinity of the 45th and Evans in the City of Chicago.

6) The Plaintiff was not committing any crime or breaking any laws.

7) The Plaintiff, TYRONNE PLUMMER, was approached by the police and taken into custody.

8) There was no probable cause to stop the Plaintiff.

9) The Plaintiff was arrested.

10) The Defendants, P.O. DAVID HILL and P.O. EDWARD MOSER, did not witness the Plaintiff committing any crime.

11) The Plaintiff did not commit any crime.

12) The Defendants charged the Plaintiff, TYRONNE PLUMMER, with unlawful possession of a controlled substance.

13) The Defendants did not have probable cause to charge the Plaintiff.

14) Said actions of the Defendants, P.O. DAVID HILL and P.O. EDWARD MOSER, were intentional, willful and wanton.

15) Said actions of the Defendants violated the Plaintiff's Fourth and Fourteenth Amendment Rights of the United States Constitution and were in violation of said rights protected by 42 U.S.C. §1983.

16) As a direct and proximate consequence of said conduct of the Defendants, P.O. DAVID HILL and P.O. EDWARD MOSER, the Plaintiff, TYRONNE PLUMMER, suffered violations of his constitutional rights, emotional anxiety, fear, pain and suffering and monetary loss and expense.

WHEREFORE, the Plaintiff, TYRONNE PLUMMER, prays for judgment against the Defendants, P.O. DAVID HILL and P.O. EDWARD MOSER, jointly and severally, in an amount in excess of TWENTY THOUSAND AND 00/100 ($20,000.00) DOLLARS in compensatory damages and TEN THOUSAND AND 00/100 ($10,000.00) DOLLARS punitive damages, plus attorney's fees and costs.

**JURY DEMAND**

The Plaintiff, TYRONNE PLUMMER, requests a trial by jury.

Respectfully submitted,

Gregory E. Kulis
GREGORY E. KULIS AND ASSOCIATES

GREGORY E. KULIS AND ASSOCIATES
30 North LaSalle Street, Suite 2140
Chicago, Illinois 60602
(312) 580-1830